United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KIN WAH KUNG,** | Case No.: 12-CV-00645 YGR |
| Plaintiff, | **ORDER DENYING AS MOOT MOTION TO VACATE CASE MANAGEMENT DATES** |
| vs. | |
| **STATE OF CALIFORNIA** *et al.*, | |
| Defendants. | |

In light of the fact that the Court previously vacated all case management dates and no new dates have been set, the Court **DENIES AS MOOT** Plaintiff's *Ex Parte* Motion for Administrative Relief from Case Management Deadlines. There are no case management deadlines to vacate.

This Order Terminates Docket Number 18.

**IT IS SO ORDERED**.

Date: June 8, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**