UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIN WAH KUNG,<br><br>             Plaintiff,<br><br>      vs.<br><br>EDMUND G. BROWN, in his official capacity as Governor of the State of California and TANI G. CANTIL-SAKAUYE, in her official capacity as Chief Justice of the State of California, Chair of Judicial Council of the State of California,<br><br>             Defendant(s). | Case No.: 12-CV-00645 YGR<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO SERVE; SETTING COMPLIANCE HEARING |

*Pro s*e Plaintiff Kin Wah Kung filed this lawsuit on February 9, 2012 and filed an Amended Complaint on May 16, 2012. Plaintiff has not yet filed proof of service upon either Defendant but has filed an *Ex Parte* Motion to Extend Time for Service, requesting a 60-day extension to serve Defendants. The Court **GRANTS** the Motion.

**By no later than April 1, 2013, Plaintiff must file proof of service upon all Defendants.** The Court sets this matter on its Compliance Calendar. The date set is **Monday, April 8, 2013** at **2:01 p.m.** in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. If Plaintiff files proof of service on all Defendants, then the Court will vacate the hearing and no appearance will be necessary. If not, then by no later than April 1, 2013, Plaintiff must file a one-page statement explaining why this action should not be dismissed as to each Defendant not served

for failure to serve within the allowed time period.  Failure to comply with this Order will result in dismissal of this action for failure to prosecute.

The Court advises Plaintiff that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available in the Clerk's office or through the Court's website, http://cand.uscourts.gov.  The Court also advises Plaintiff that additional assistance may be available by making an appointment with the Legal Help Center.  There is no fee for this service.  To make an appointment with the Legal Help Center in San Francisco, Plaintiff may visit the San Francisco Courthouse, located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California, 94102, or call 415/782-9000 (ext. 8657).  To make an appointment with the Federal Legal Assistance Self-Help Center in San Jose, Plaintiff may visit the San Jose Federal Courthouse, located at 280 South 1st Street, 4th Floor, Rooms 4093 & 4095, San Jose, California, 95113, or call 408/297-1480.  Please visit the Court's website or call the phone numbers listed above for current office hours, forms and policies.

This Order Terminates Docket Number 20.

**IT IS SO ORDERED**.

**Date: January 29, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**