**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KIN WAH KUNG,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**EDMUND G. BROWN**, in his official capacity as Governor of the State of California and **TANI G. CANTIL-SAKAUYE**, in her official capacity as Chief Justice of the State of California, Chair of Judicial Council of the State of California,<br><br>　　　　Defendant(s). | Case No.: 12-CV-00645 YGR<br><br>**ORDER VACATING COMPLIANCE HEARING** |

Plaintiff Kin Wah Kung has filed proof of service upon all Defendants. Therefore, the Compliance Hearing set for Monday, April 8, 2013 is **VACATED**.

**IT IS SO ORDERED**.

**Date: April 5, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**