United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KIN WAH KUNG,** | **Case No.: 12-CV-00645 YGR** |
| **Plaintiff,** | **ORDER VACATING COMPLIANCE HEARING** |
| **vs.** | |
| **EDMUND G. BROWN, in his official capacity as Governor of the State of California and TANI G. CANTIL-SAKAUYE, in her official capacity as Chief Justice of the State of California, Chair of Judicial Council of the State of California,** | |
| **Defendant(s).** | |

Plaintiff Kin Wah Kung has filed proof of service upon all Defendants.  Therefore, the Compliance Hearing set for Monday, April 8, 2013 is **VACATED**.

**IT IS SO ORDERED**.

**Date: April 5, 2013**

_____
 **YVONNE GONZALEZ ROGERS**
 **UNITED STATES DISTRICT COURT JUDGE**